AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bumb, Renee M | U.S. District Court NJ-3 | 05/15/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge | ☐ Nomination, Date <br> ☐ Initial  ☒ Annual  ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2006 <br> to <br> 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Mitchell H. Cohen Fed. Cthse. <br> 401 Cooper Street, Ste. 6050 <br> Camden, NJ 08101 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2007 MAY 21 A 9: 50 FINANCIAL DISCLOSURE OFFICE RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Bumb, Renee M | 05/15/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bumb, Renee M | 05/15/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Federal Bar Association of New Jersey | Contribution toward investiture reception | $ 5,000. |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Courtland and Ruth Morris | Mortgage on property #2, Avalon, NJ (Pt. VII, line 2) | L |
| 2. | Third Federal Bank | Mortgage on property #3, Venice, FL. (Pt. VII, line3) | M |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bumb, Renee M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rural Acreage, Rte. 2, Bellevue, Ohio | D | Rent | N | W | | | | | |
| 2. Rental property, Avalon, NJ | C | Rent | O | Q | | | | | |
| 3. ▓▓▓▓ Property, Venice, FL | | None | N | R | | | | | |
| 4. Bank of America - Account | B | Interest | L | T | | | | | |
| 5. Third Federal Bank - Account | A | Interest | J | T | | | | | |
| 6. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 7. Phoenix Life Insurance | A | Dividend | J | T | | | | | |
| 8. FEGLI Life Insurance | | None | M | T | | | | | |
| 9. Vanguard Index 500 Fund | B | Dividend | M | T | | | | | |
| 10. Wells Fargo Advantage Fund | A | Dividend | J | T | | | | | |
| 11. Franklin Templeton Fund | A | Dividend | K | T | | | | | |
| 12. UBS Financial Account | A | Interest | J | T | | | | | |
| 13. 529 Plan - Alliance Capital Fund | A | Dividend | L | T | | | | | |
| 14. Ameritrade Account | A | Interest | J | T | | | | | |
| 15. Cendant Common Stock | A | Dividend | J | T | | | | | |
| 16. SCOLR Common Stock | A | Dividend | J | T | | | | | |
| 17. Today's Man Common Stock | A | Dividend | J | T | sell | 9/27 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal U =Book Value | V =Other | S =Assessment W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bumb, Renee M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Purchase Pro Common Stock | A | Dividend | J | T | | | | | |
| 19. Charter Communications Common Stock | A | Dividend | J | T | | | | | |
| 20. AT&T Common Stock | A | Dividend | J | T | | | | | |
| 21. Radio Shack Common Stock | A | Dividend | J | T | | | | | |
| 22. Ariad Common Stock | A | Dividend | J | T | | | | | |
| 23. VISX Common Stock, n/k/a Advanced Medical Optics | A | Dividend | J | T | | | | | |
| 24. Comcast Common Stock | A | Dividend | J | T | | | | | |
| 25. GE Common Stock | A | Dividend | J | T | | | | | |
| 26. Motorola Common Stock | A | Dividend | J | T | | | | | |
| 27. Kohl's Common Stock | A | Dividend | J | T | | | | | |
| 28. Iron Mountain Storage Common Stock | A | Dividend | J | T | | | | | |
| 29. Freescale Common Stock | A | Dividend | J | T | | | | | |
| 30. Roboserver Systems Common Stock | A | Dividend | J | T | | | | | |
| 31. Lord Abbett All Value Fund | A | Dividend | K | T | | | | | |
| 32. Lord Abbett Midcap Value Fund | A | Dividend | J | T | | | | | |
| 33. Dreyfus Premier Core Fund | A | Dividend | K | T | | | | | |
| 34. Van Kampen Global Francise Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bumb, Renee M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Van Kampen Growth and Income Fund | A | Dividend | J | T | | | | | |
| 36. Federated Kaufman Fund | A | Dividend | K | T | | | | | |
| 37. Black Rock Aurora Fund | A | Dividend | K | T | | | | | |
| 38. Eaton Vance Tax Managed Fund | A | Dividend | J | T | | | | | |
| 39. Millionaires' Club" Stock Fund | | | | | | | | | |
| 40. -AT&T Common Stock | A | Dividend | J | T | sell | 9/7 | J | A | |
| 41. -Comcast Common Stock | A | Dividend | J | T | sell | 9/7/ | J | A | |
| 42. -Dell Common Stock | A | Dividend | J | T | sell | 9/7/ | J | A | |
| 43. -E-Trade Financial Common Stock | A | Dividend | J | T | sell | 9/7 | J | A | |
| 44. -Ford Motor Common Stock | A | Dividend | J | T | sell | 9/7 | J | A | |
| 45. -GE Common Stock | A | Dividend | J | T | sell | 9/7 | J | A | |
| 46. -Genta Common Stock | A | Dividend | J | T | sell | 9/7 | J | A | |
| 47. -McDonald's Common Stock | A | Dividend | J | T | sell | 9/7 | J | A | |
| 48. -OSI Pharmaceutical Common Stock | A | Dividend | J | T | sell | 9/7 | J | A | |
| 49. -Time Warner Common Stock | A | Dividend | J | T | sell | 9/7 | J | A | |
| 50. -UPS Common Stock | A | Dividend | J | T | sell | 9/7 | J | A | |
| 51. -Universal Display Common Stock | A | Dividend | J | T | sell | 9/7 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bumb, Renee M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   --TD Waterhouse Money Market Account | A | Dividend | J | T | sell | 9/7 | J | A | |
| 53.   -Sirius Satellite Radio, Inc. Common Stock | A | Dividend | J | T | sell | 9/7 | J | A | |
| 54.   PHH Corp. Common Stock( 2/1/05 Cendant spinoff) | A | Dividend | J | T | sell | 9/27 | J | A | |
| 55.   Avis Budget Common Stock (9/6/06 Cendant spinoff) | A | Dividend | J | T | sell | 9/27 | J | A | |
| 56.   Realogy Common Stock (8/1/06 Cendant spinoff) | A | Dividend | J | T | sell | 9/27 | J | A | |
| 57.   Wyndham Worldwide Common Stock (8/2/06 Cendant spinoff) | A | Dividend | J | T | sell | 9/27 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bumb, Renee M | 05/15/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, page 1:

line 1 - rural acreage inadvertently omitted from initial report, but listed on prior financial disclosures

line 2 - rental property, purchased in 1994 for $123,000; 50% ownership

line 3 - ▮▮▮▮ property, purchased in 2005 at ▮▮▮ of $315,000; 50% ownership

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signa_____ Date___ 5/15/07

NOTE: _____ OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544